UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEO LERMA, | ) | 1:05-CV-0797 OWW WMW P |
| Plaintiff, | ) | |
| | ) | ORDER DENYING MOTION FOR |
| v. | ) | APPOINTMENT OF INVESTIGATOR |
| | ) | AND EXPERTS (DOCUMENT #15) |
| J. GONZALES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Leo Lerma, ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On October 24, 2005, plaintiff filed a motion for appointment of investigator and experts.

With respect to plaintiff's motion for the appointment of an investigator and experts, the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted). The in forma pauperis statute does not authorize the expenditure of public funds for the purpose sought by plaintiff in the instant motion.

In accordance with the above, plaintiff's motion for the appointment of investigator, experts and others filed October 24, 2005 is DENIED. IT IS SO ORDERED.

**Dated:   November 16, 2005**            **/s/  William M. Wunderlich**
j14hj0                                                    UNITED STATES MAGISTRATE JUDGE

1