IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO LERMA,

       Plaintiff,                            CV F 05 0797 OWW AWI WMW   P

  vs.                                       ORDER RE MOTION (DOC 36)

J. GONZALES, et al.,

       Defendant.

       Plaintiff has filed a motion for discovery. Specifically, Plaintiff seeks discovery of peace officer records. Plaintiff is advised that until such time as a discovery order has been entered, no discovery may be had by any party. Accoridngly, IT IS HEREBY ORDERED that Plaintiff's motion for discovery is denied.

IT IS SO ORDERED.

**Dated:   December 19, 2006**          **/s/ William M. Wunderlich**
mmkd34                                        UNITED STATES MAGISTRATE JUDGE

1