IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEO LERMA, | | |
| | Plaintiff, | CV F 05 0797 OWW   WMW   P |
| vs. | | FINDINGS AND RECOMMENDATION RE MOTIONS (DOCS 19, 29 ) |
| J. GONZALES, et al., | | |
| | Defendants. | |

       Plaintiff is a state prisoner proceeding pro se. Pending before the court are Plaintiff's motions for injunctive relief and a permanent injunction. Plaintiff seeks an order enjoining the conduct of individuals who have not been served with this action and have not entered an appearance. The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served of before the court. <u>Zepeda v. United States I.N.S.</u>, 753 F.2d 719, 727 (9th Cir. 1983).

       Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motions for injunctive relief be denied.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to

1  Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file
2  objections within the specified time waives all objections to the judge's findings of fact.  See
3  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
5  F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:     January 18, 2007**                /s/  **William M. Wunderlich**
j14hj0                                  UNITED STATES MAGISTRATE JUDGE

2