IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LEO LERMA,**

        **Plaintiff,**        CV F 05 0797 LJO WMW P

    vs.            **ORDER RE MOTION (DOC 37 )**

**J. GONZALES, et al.,**

        **Defendants.**

        **Plaintiff has filed a motion for the issuance of a subpena duces tecum. Discovery in this matter has not been opened. Until such time as a discovery order has been issued, not discovery may be had by any party.**

        **Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the issuance of a subpena is denied.**

IT IS SO ORDERED.

**Dated:    July 3, 2007**                    /s/  William M. Wunderlich
                                                       UNITED STATES MAGISTRATE JUDGE